Nov. Term,
1857.

WILSON
v.
THE EVANS-
VILLE, &c.,
RAILR'D CO.

EIGENMANN *v.* THE STATE.

RINGLER *v.* THE STATE.

LYNES *v.* THE STATE.

GASPER and Another *v.* THE STATE.

RIDDLE *v.* THE STATE.

*Saturday,*
*November* 28.

THE first three from the *Spencer* Court of Common Pleas; the last two from the *Jennings* Court of Common Pleas.

*Per Curiam.*—The above five cases are reversed, for the reason given in *O'Daily* v. *The State*, at the present term (1), and remanded to be dismissed.

*W. C. Moreau* of *Spencer*, and *J. H. Vawter* of *Jennings*, for the appellants.

*D. C. Chipman,* for the state.

(1) *Ante,* 494.